*27*

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

## Official Use Only

| Case Number | Judge | |
|---|---|---|
| | | Case:2:13-cv-14137<br>Judge: Borman, Paul D.<br>MJ: Majzoub, Mona K.<br>Filed: 09-27-2013 At 01:51 PM<br>PRIS ARNOLD, ET AL V HEYNS, ET AL ( EB) |

## PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

### Plaintiff's Information

| Name | | Prisoner No. |
|---|---|---|
| MICHAEL ARNOLD | | 200493 |

| Place of Confinement | | | |
|---|---|---|---|
| Central Michigan Correctional Facility | | | |

| Street | City | State | Zip Code |
|---|---|---|---|
| 320 N. Hubbard Street | St. Louis | MI | 48880 |

| Are there additional plaintiffs? | ☒ Yes | ☐ No |
|---|---|---|

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide names, prisoner numbers and addresses for all plaintiffs.***

### Defendant's Information

| Name | Position |
|---|---|
| DANIEL H. HEYNS | DIRECTOR OF M.D.O.C. |

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| P.O. BOX 30003 | Lansing | MI | 48909 |

| Are you suing this defendant in his/her: | ☐ Personal Capacity | ☒ Official Capacity | ☐ Both Capacities |
|---|---|---|---|

| Are you suing more than one defendant? | ☒ Yes | ☐ No |
|---|---|---|

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.***

1

<u>**ADDITIONAL PLAINTIFFS**</u>

Daniel Corralez 242499

Plaintiff in Propria Persona

Central Michigan Correctional  Facility

320 N. Hubbard Street

St. Louis Michigan 48880


Eric Lahti 315986

Plaintiff in Propria Persona

Central Michigan Correctional Facility

320 N. Hubbard Street

St. Louis Michigan 48880


<u>**ADDITIONAL DEFENDANTS**</u>

Michael Martin

Speccial Activities Coordinator M.D.O.C.

P.O. Box 30003

Lansing Michigan 48909

Sued in his Official Capacity


Brad Purves

Food Service Director M.D.O.C.

P.O. Box 30003

Lansing Michigan 48909

Sued in his Official Capacity


<u>Defendants  Street Address</u>

Michigan Department of Corrections

Grandview Plaza Building

206 East Michigan

Lansing Michigan 48933

## I.  PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

XXXYes        ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| Docket or Case Number: | 07-13874  Petition for Habeas Corpus |
| Name of Court: | Eastern District of Michigan-U.S. District Court |
| Parties (Caption or Name of Case): | Michael Arnold V Thomas Birkett |
| Disposition: | Filed Motion to Stay the Proceedings-Motion granted |

| | |
|---|---|
| Docket or Case Number: | 09-12135  42 U.S.C. §1983 |
| Name of Court: | Eastern District of Michigan-U.S. District Courtr |
| Parties (Caption or Name of Case): | Michael Arnold V Patrick Reed Joslyn, Mark E. Reene |
| Disposition: | Dismissed pursuant to Heck V Humphrey |

| | |
|---|---|
| Docket or Case Number: | 13-13253  Petition for Habeas Corpus |
| Name of Court: | Eastern District of Michigan-U.S. District Court |
| Parties (Caption or Name of Case): | Michael Arnold V Jeffrey Larson |
| Disposition: | Petition for Writ of Habeas Coppus still pending |

***Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.***

2

## ADDITIONAL PLAINTIFFS

Plaintiff, Daniel Corralez 242499, has never filed any other lawsuits in State or Federal Court relating to his imprisonment.

Plaintiff, Eric Lahti  315986, has never filed any other lawsuits in State or Federal Court relating to his imprisonment.

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

PLEASE SEE ATTACHED COMPLAINT

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

PLEASE SEE ATTACHED COMPLAINT

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

PLEASE SEE ATTACHED COMPLAINT

3

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Executed (signed) on ___September 8, 2013___ (date).

Signature of Plaintiff

Signature of Plaintiff

Signature of Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

MICHAEL ARNOLD, DANIEL CORRALEZ                     CASE FILE NO.

ERIC LAHTI                                          HON.

      PLAINTIFFS                              MAGISTRATE JUDGE:

V.

DANIEL H. HEYNS, MICHAEL MARTIN,

and BRAD PURVES, in their official capacities.

      Defendants

_____/

**CIVIL COMPLAINT UNDER 42 U.S.C. §1983 and §2000cc1**

**JURY TRIAL DEMANDED**

**VERIFIED COMPLAINT**

**EXPEDITED CONSIDERATION REQUESTED**

Statement of the Case

    This is a civil Rights action brought under 42 U.S.C. §1983 for violations of the First Amendment to the U.S. Constitution, violation of the Equal Protection Clause of the Fourteenth Amendment, as well as the Religious Land Use and Institutionalized Persons Act (RLUIPA), 42 U.S.C. §2000cc-1, by a state prisoner who is going to be forced to adopt a Buddhist(Vegan) diet that does not comport with his religious beliefs. The Plaintiffs aver that the actions undertaken by the named Defendants violate the First Amendment rights guaranteed to him regarding the establishment of religion, as well as the Due Process Clause of the Fourteenth Amendment as well as the "substantial burden" requirement of RLUIPA.

The Plaintiffs seek injunctive relief in the form of a Temporary Restraining Order (TRO) and a Preliminary Injunction to ensure that they are not forced to adopt religious beliefs that are not their own. They also filed the motion for a TRO in hopes of enjoining the Defendants and any of their agents from committing reprisals against them.

## JURISDICTION AND VENUE

1. The Plaintiffs bring this action to redress the deprivation of rights guaranteed to him under the First and Fourteenth Amendments as well as RLUIPA. This Court has jurisdiction pursuant to 28 U.S.C. §§1331 and 1343(a)(3).

2. Declaratory relief is authorized by Fed. R. Civ. P. 57 and 28 U.S.C. §§2201,2202.

3. This Court has jurisdiction to grant injunctive relief pursuant to Fed. R. Civ. P. 57.

4. Venue is proper in this jurisdiction pursuant to 28 U.S.C. §1391(b)(2). Substantial part of the events, Constitutional claims were predicated on actions or omissions, giving rise to the actions taking place in the Eastern District of Michigan. The Plaintiffs are currently incarcerated at a correctional facility in Gratiot County, in the Eastern District of Michigan, Northern Division.

## PARTIES

5. The Plaintiffs, Michael Arnold, Daniel Corralez, Eric Lahti are Orthodox Jews, currently housed at Central Michigan Correctional Facility, a facility maintained and operated by the Michigan Department of Corrections (MDOC). Their religious beliefs do not command them to practice vegetarianism or to be a Vegan. Their religious beliefs are sincerely held, and the definition of "religious" for the purposes of this action.

6. Defendant Daniel H. Heyns, is employed by the MDOC as its Director.

7. Defendant Michael Martin is the Special Activities Coordinator for the MDOC. He is responsible for approving or disapproving prisoners to eat religious diets within the MDOC.

8. Brad Purvis is Food Service Director for the MDOC. He is responsible for developing the Vegan Diet which the Defendants are planning on forcing the Plaintiffs to adopt. He is also responsible for developing the "alternate menu," described below.

9. All MDOC Defendants are sued in their official capacities for injunctive relief only, pursuant to RLUIPA.

### Statement of Facts

10. Defendant Heyns, in his role as Director of the MDOC, either promulgated, caused to be promulgated, or allowed to be promulgated MDOC Policy Directive (P.D.) 05.03.150, "Religious Beliefs and Practices of Prisoners," with an effective date of July 26, 2013.

11. As the Special Activities Coordinator for the MDOC, Defendant Michael Martin, would have had significant input into the aforementioned policy.

12. In his role as Food Service Director for the MDOC, Defendant Brad Purvis, would have had significant input into the aforementioned policy, and would have been responsible for developing this diet. P.D. 05.03.150 also states that prisoners who do not feel that the new Vegan diet does not meet their needs may request an alternative menu. Defendant Purvis would also be responsible for the development of this new, as of yet unknown menu.

13. Inter alia, P.D. 05.03.150 ¶PP states: "The Department offers a religious menu to meet the dietary needs of prisoners. The Department will begin offering a Vegan menu which will replace all currently approved religious menus on the following dates for the listed facilities: 1. The week of September 15, 2013: Newberry Correctional Facility, Baraga Correctional Facility, Macomb

Correctional Facility, Ionia Correctional Facility, **Central Michigan Correctional Facility."** (Emphsis added.)

## A. THE FIRST AMENDMENT CLAIM

14. To be protected by the Free Exercise Clause of the First Amendment or by RLUIPA, the religious beliefs of a Plaintiff must be sincerely held, and they must be religious, e.g., the definition given in William James' The Varieties of Religious Experience, "The feelings, acts, and experiences of individual men in their solitude, so far as they apprehend themselves in relation to whatever they consider the divine."

15. The Plaintiffs aver that their Religious Beliefs meet this test and has made such a statement in the affidavits attached to the motion for a TRO.

16. The Plaintiffs are being forced to choose between a fundamental commandment of their faith, i.e., the mitzvah (commandment) to eat meat and keep kosher on the one hand, and the generally available, non-trivial benefit of eating a diet that features meat and dairy products, thereby fulfilling these mitzvot on the other hand.

17. The State of Michigan is putting substantial pressure on the Plaintiffs to modify their behavior and to violate their beliefs. Their ability to freely practice their chosen religion is being substantially burdened.

## B. THE EQUAL PROTECTION (FOURTEENTH AMENDMENT) CLAIM

18. To establish an Equal Protection Claim, a prisoner must demonstrate that (1) he is similarly situated to other prisoners who receive(d) more favorable treatment; and that (2) the State engaged in invidious discrimination against him based on race, religion, national origin, or some other constitutionally protected basis.

19. As to the first part of this test, the Plaintiffs are similarly situated to other prisoners by virtue of his incarceration and by virtue of being

human in his need to eat. Prisoners who eat from the main line, i.e., those who do not receive religious diets, are not forced to be Vegan, nor is it likely that they will be forced to eat like a Vegan in the future. As such, unless the MDOC plans on implementing enforced vegetarianism on all prisoners under its jurisdiction, all prisoners **except those who are Jewish** will soon be receiving more favorable treatment.

20. A Vegan diet, currently only provided to prisoners who are or who claim to be Buddhist, is based on Buddhist beliefs and practices, viz., a reverence for life because one might be reincarnated as an animal in a future life. The Plaintiffs do not hold such beliefs. As such, unless the MDOC plans on forcing all prisoners under its jurisdiction to emulate Buddhist religious practices, all prisoners **except those who are Jewish** will soon be receiving more favorable treatment.

21. As to the second prong of the test, the actions of the Defendants are discriminatory. This policy of enforced vegetarianism is targeted specifically at prisoners within the MDOC who are Jewish or claim to be as such. This is nothing short of religious discrimination.

## C. THE RLUIPA CLAIM

22. The Religious Land Use and Institutionalized Persons Act (RLUIPA) prohibits a state from imposing substantial and unjustified burdens on the religious liberty of state prisoners. It provides in pertinent part:

"No government shall impose a substantial burden on the religious exercise of a person residing in or confined to an institution, as defined in section 1997 of this title, even if the burden results from a rule of general applicability, unless the government demonstrates that imposition of the burden on that person."

1. is in furtherance of a compelling governmental interest; and

2. is the least restrictive means of furthering that compelling governemntal interest." 42 U.S.C. §2000cc-1.

23. The act applies to any penal institution that receives Federal Financial Assistance.Id. It defines "religious exercise" to include "any exercise of religion, whether or not compelled by, or central to, a system of religious belief." 42 U.S.C. §2000cc-5(7)(A). Additionally, it provides that '[a] person may assert a violation of this chapter as a claim or defense in a judicial proceeding and obtain appropriate relief against a governemnt."      U.S.C. §2000cc2(a).

24. Pursuant to 42 U.S.C.A. §§13702, 13704, and 13705, at a minimum, the counties comprising the State of Michigan receive Federal grants under its "Truth in Sentencing" scheme. Because these grants are responsible for populating the myriad facilities of tne MDOC, the Plaintiffs contend these "conviction based" Truth-in-Sentencing grants, inter alia, constitute a waiver of Eleventh Amendment sovereign immunity and bring all MDOC facilities under the jurisadiction of RLUIPA.

25. Furthermore, in addition to the over $2,000,000,000 (two billion) budgeted to it by tne legislature, the MDOC and/or the State of Michigan also receives Federal grants and monies to keep its facilities densely populated and operating, in the form of monies for its various programs. These include, but are not limited to: 42 U.S.C.A. 13921 (Gang Resistance Education and Training); 42 U.S.C.A. 13925 (Domestic Violence Grants); 42 U.S.C.A. 13925(5) (Court-based and Court-related personnel); 42 U.S.C.A. 14043d-4 (Nonprofit/Coalitions addressing domestic violence); 42 U.S.C.A. 16901 (Sex Offender Registration); 4 U.S.C.A. 17501 (Re-Entry Grant Programs); 42 U.S.C.A. 17511 (Grants to Train Prisoners in Technology); 42 U.S.C.A. 17521 (Improvement of Drug Education Grants); and 42 U.S.C.A. 3797cc-21 (Repaying loans for Prosecutor or Public Defender); see also 2

U.S.C.A. 13704. The fact that the MDOC accepts money for the programs which fill its prisons and operates many of the programs therein again constitutes a waiver of Eleventh Amendment Sovereign Immunity and clearly brings all MDOC facilities under the jurisdiction of RLUIPA.

26. The government, in the form of the MDOC, has imposed a substantial burden on the religious exercise of a person residing in or confined to an institution, in violation of RLUIPA.

27. The Plaintiffs, by virtue of being Jewish, has been forced to choose between being forced to be a Vegan, a diet that is based on religious precepts that he does not hold and which will not actually be kosher in any case because of how the MDOC washes its trays and utensils, or eating from the "main line" (general population) menu, i.e., eating food that is most assurredly not kosher, which includes Pork.

28. The Plaintiffs have also had a substantial burden placed on their religious beliefs because they are unable to fulfill the Biblical mitzvah (commandment) to eat meat.

29. The Plaintiffs have also had a substantial burden placed on their religious beliefs because they are unable to fulfill the Rabbinical instruction to eat dairy products on certain religious holidays.

30. In addition to its plans to force the Plaintiffs to become a Vegan, the MDOC has also entered into an exclusive contract with Keefe/Access to provide commissary items to Prisoner Stores throughout the MDOC.

31. The MDOC could make Kosher meat products (and dairy products such as cheese) products available to Jewish prisoners for purchase, but it has chosen not to. (Refer to Exhibits)

32. The actions of the MDOC in not allowing Jewish prisoners to purchase Kosher meat and dairy products was and is discriminatory under the Fourteenth

Amendment's Due Process Clause, but such actions were tolerated so long as Food Service provided the Plaintiffs with such items.

33. With the plans to force the Plaintiffs to become Vegan, the Plaintiffs have no meaningful access to Kosher meat or most Kosher Dairy products.

34. The government, in the form of the MDOC and/or the State of Michigan has not demonstrated that the imposition of these burdens on the Plaintiffs' is in furtherance of a compelling governemntal interest, nor has it shown that it is the least restrictive means of furthering a compelling governmental interest.

35. The government, in the form of the MDOC and/or the State of Michigan, has not met its burden in so much as the Federal Bureau of Prisons (BOP), and numerous other states still offer Jewish prisoners Kosher, NOT VEGAN diets. (See Attached Exhibits.)

## RELIEF REQUESTED

Wherefore, the Plaintiffs request that the Court grant the following relief:

A. Issue a Declaratory Judgment stating that:

1. The proposed actions of the Defendants in forcing the Plaintiffs to eat a religious diet that does not comport with their beliefs violates the First Amendment of the United States Constitution regarding the establishment of religion;

2. The proposed actions of the Defendants in forcing the Plaintiffs to eat a religious diet that does not comport with their beliefs violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution;

3. The proposed actions of the Defendants in denying the Plaintiffs the opportunity to purchase Kosher Meat and dairy products violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution;

4. The Proposed actions of the Defendants in forcing the Plaintiffs to eat a religious diet that does not comport with his beliefs violates RLUIPA.

B. Grant the Plaintiffs Motion For Temporary Restraining Order (TRO) and Preliminary Injunction, filed contemporaneously with this pleading, prohibiting the herein described enforcement of a Vegan diet from taking place on the scheduled date.

C. Grant the Plaintiffs TRO and Preliminary Injunction, filed contemporaneously with this pleading, prohibiting said defendants, their successors in office, agents, and employees, and all other persons acting in concert and participation with them, e.g., the Aramark Corporation and its employees, from taking retalitory action against the Plaintiffs for filing this action.

Such retalitory Acts undertaken by the MDOC and/or their agents in the past, which the Plaintiffs now seek to enjoin, include, but are not limited to: (1) retalitory transfers and separating Plaintiffs; (2) arbitrary removal from the Kosher diet program; (3) false accusations of possessing or consuming non-kosher item; (4) arbitrary raising of security level; (5) staff planting razor blades or homemade knives(shanks); (6) interfering with timely delivery of legal mail; (7) harassing shakedowns; (8) fabricated misconduct reports; (9) theft, confiscation, or arbitrary destruction of property by staff; (10) intimidation by staff and; (11) interference with the parole process by staff and/or the Michigan Parole Board in retaliation for pursuing civil rights litigation.

D. Order the Defendants, and any necessary subordinates, to develop procedures that would allow prisoners who are Jewish to order Kosher Meat and dairy products so that the Plaintiffs can obtain Kosher Meat and dairy products at their own expense from vendors such as the Aleph Istitute.

Respectfully Submitted By,

DATED: September 8, 2013

Michael Arnold   200493

Daniel Corrales   242499

Eric Lanti   315986

Plaintiffs in Propria Persona
Central Michigan Correctional Facility
320 N. Hubbard Street
St. Louis Michigan 48880

## EXHIBITS

A. POLICY DIRECTIVE (P.D). 05.03.150 effective July 26, 2013

B. Central Michigan Correctional Facility Store List Dated July 1, 2013

C. Federal Bureau of  Prisons (B.O.P.) Menu Fiscal Year 2013

| DOCUMENT TYPE<br>POLICY DIRECTIVE | EFFECTIVE DATE<br>07/26/2013 | NUMBER<br>05.03.150 | PAGE 6 OF 9 |
| --- | --- | --- | --- |

LL.   If a prisoner changes his/her designated religion, any religious items other than reading material in his/her possession which are not necessary to the practice of the prisoner's newly designated religion shall be considered contraband. Contraband shall be disposed of as set forth in PD 04.07.112 "Prisoner Personal Property".

MM.   Wardens shall authorize vendors from which prisoners may purchase religious reading material and other approved religious materials for each religious group recognized by the Department. Prisoners may purchase approved personal religious property other than reading material only through the institution from authorized vendors in accordance with PD 04.07.112 "Prisoner Personal Property"; religious reading material may be purchased as set forth in PD 05.03.118 "Prisoner Mail". Religious property, including reading material, is subject to the retail value limit set forth in PD 04.07.112 "Prisoner Personal Property".

NN.   Prisoners in a corrections center may possess additional materials of religious significance that do not pose a custody and security concern within the facility, as approved by the appropriate Manager. Questions regarding the religious significance of an item shall be referred to the Special Activities Coordinator.

RELIGIOUS MENUS/MEALS

OO.   The regular diet menu shall be posted a minimum of one week in advance in all facilities at which meals are provided to prisoners to permit observance of any religious dietary restrictions. Prisoners shall be permitted to abstain from any foods that violate their religious tenets. Non-meat entrees shall be available as set forth in PD 04.07.100 "Offender Meals".

PP.   The Department offers a religious menu to meet the religious dietary needs of prisoners. The Department will begin offering a Vegan menu which will replace all currently approved religious menus on the following dates for the listed facilities:

1.   *The week of September 15, 2013:* *Newberry Correctional Facility, Macomb Correctional Facility, Baraga Correctional Facility, Ionia Correctional Facility, Central Michigan Correctional Facility.*

2.   *The week of September 22, 2013:* *Alger Correctional Facility, Chippewa Correctional Facility, Carson City Correctional Facility, St. Louis Correctional Facility, Muskegon Correctional Facility, Earnest C. Brooks Correctional Facility.*

3.   *The week of September 29, 2013:* *Oaks Correctional Facility, Parnall Correctional Facility, Lakeland Correctional Facility, Women's Huron Valley Correctional Facility (Forensic Center).*

The Vegan menu shall comply with Kosher and Halal religious tenets. A prisoner who believes the Vegan menu does not meet his/her religious dietary needs may request an alternative menu. An alternative menu will be developed and provided only with approval of the Deputy Director and only if it is determined that the Vegan menu does not meet the religious dietary needs of the prisoner. All religious menus shall meet the minimum nutritional standards set forth in PD 04.07.100 "Offender Meals". The Deputy Director or designee shall determine at which facilities religious meals will be offered.

QQ.   A prisoner may eat from a Vegan menu only with approval of the Special Activities Coordinator. Approval shall be granted only if it is necessary to the practice of the prisoner's designated religion, including the prisoner's sincerely held religious beliefs. To request approval, the prisoner must submit a written request to the Warden or designee, who shall obtain information regarding the prisoner's request and religious beliefs prior to referring the request to the Special Activities Coordinator. The Special Activities Coordinator shall notify the Warden or designee of the decision; the Warden shall ensure that the prisoner is notified. A prisoner whose request is denied shall not be allowed to submit another

MICHIGAN DOC

Order Form : CENTRAL MICHIGAN GEN POP
Monday, July 01, 2013  @11:24

Name : _____          PRISONER # : _____          Balance : _____

Block : _____    Tier : _____    Cell : _____

DEFAULT

| Code | | Description | Price |
|---|---|---|---|
| 3087 | ___ | BIC Sensitive Skin R | 0.16 |
| 7120 | ___ | Charmain Toilet Tiss | 3.20 |
| **H-HAND** | | | |
| 0015 | ___ | ACETAMINOPHEN 325MG | 1.98 |
| 0020 | ___ | COLD TABLETS ALKA-SE | 8.09 |
| 0025 | ___ | LORATIDINE 24HR ALLE | 1.91 |
| 0030 | ___ | ALLERGY TABS BOTTLE | 0.87 |
| 0035 | ___ | ANTACID  LIQUID 12 O | 2.64 |
| 0040 | ___ | RANITADINE ACID REDU | 3.41 |
| 0045 | ___ | SHEFFIELD ATHLETES F | 1.06 |
| 0050 | ___ | TOLNAFTATE CREAM | 1.40 |
| 0055 | ___ | ASPIRIN 325 MG. 100 | 1.16 |
| 0065 | ___ | Benzoyl Peroxide Acn | 1.62 |
| 0070 | ___ | TITANIA PUMICS SPONG | 1.73 |
| 0075 | ___ | MAGIC SHAVE CREAM DB | 3.25 |
| 0080 | ___ | HYDROCORTISONE CREAM | 1.79 |
| 0085 | ___ | DR SCHOLLS CORN REMO | 3.29 |
| 0090 | ___ | HEMORRHOIDAL OINTMEN | 3.16 |
| 0095 | ___ | IBUPROFEN 200MG 50 T | 2.13 |
| 0115 | ___ | LOTION COCOA BUTTER | 1.67 |
| 0125 | ___ | NAPROXEN 220MG. 24 T | 4.72 |
| 0130 | ___ | PETROLEUM JELLY  1OZ | 0.75 |
| 0140 | ___ | ELEMENTZ DANDRUFF SH | 2.49 |
| 0145 | ___ | COCOA BUTTER CREAM 6 | 1.16 |
| 0155 | ___ | HERITAGE TRANSLUSCEN | 0.53 |
| 0160 | ___ | NEXT 1 5OZ MOISTURIZ | 0.64 |
| 0170 | ___ | SUN SCREEN SPF 30  4 | 3.06 |
| 0175 | ___ | ORALINE SECURITY TOO | 0.17 |
| 0180 | ___ | AQUA FRESH SENSITIVE | 3.71 |
| 0185 | ___ | KONSYL-D PSYLLIUM BA | 5.93 |
| 0190 | ___ | GOOD SENSE COAL TAR | 4.62 |
| ***OTC*** | | | |
| 1000 | ___ | COUGH DROPS CHERRY 3 | 0.90 |
| 1015 | ___ | EYE DROPS  .5 OZ | 1.98 |
| 1025 | ___ | ANTI-FUNGAL FOOT POW | 2.35 |
| 1030 | ___ | MUSCLE RUB ANALGESIC | 2.24 |
| 1035 | ___ | VITAMIN C  250 MG  1 | 4.14 |
| 1040 | ___ | VITAMIN E  200 IU 10 | 7.11 |
| 1045 | ___ | VITAMINS (NO IRON) 9 | 2.32 |
| 1050 | ___ | VITAMINS (PLUS IRON) | 2.78 |
| 1060 | ___ | TUMS ANTACID 3PK ROL | 2.43 |
| 1065 | ___ | CHEST RUB  3.5 OZ | 2.13 |
| **H-HAIR** | | | |
| 2000 | ___ | AFRO COMB 6.5" | 0.15 |
| 2005 | ___ | HAIR BRUSH (NO HANDL | 1.62 |
| 2010 | ___ | POCKET COMB  7" | 0.12 |
| 2020 | ___ | CONDITIONER SUAVE 12 | 2.25 |
| 2030 | ___ | DOO RAGS | 2.65 |
| 2040 | ___ | ELEMENTZ ULTIMATE ST | 2.72 |
| 2045 | ___ | SOFTEE COCONUT OIL C | 1.25 |
| 2065 | ___ | BLACK 18PK ELASTIC P | 1.25 |
| 2075 | ___ | SUAVE GREEN APPLE SH | 2.25 |
| 2110 | ___ | TERRY CLOTH HEAD BAN | 1.10 |
| **H-SKIN** | | | |
| 2106 | ___ | ELEMENTZ 3 IN 1 TOTA | 2.43 |
| 3000 | ___ | PROTECTION AFTER SHA | 2.13 |
| 3005 | ___ | PROTECTION SHAVE CRE | 2.06 |
| 3015 | ___ | BATH & SHOWER POWDER | 1.62 |
| 3020 | ___ | Power Up 2.5oz Extra | 2.37 |
| 3025 | ___ | SPEED STICK 3OZ. GEL | 3.49 |
| 3060 | ___ | LIP BALM CHAP-ET | 1.01 |
| 3065 | ___ | SUAVE ADVANCED THERA | 3.13 |
| 3090 | ___ | HERITAGE SPEARMINT S | 1.66 |
| 3100 | ___ | NEXT 1 SPORT BAR 5 O | 0.64 |
| **H-DENTAL** | | | |
| 4000 | ___ | 12YD FRESHMINT WAXED | 0.66 |
| 4005 | ___ | EFFERGRIP 2.5OZ TUBE | 4.55 |
| 4010 | ___ | DENTURE BRUSH | 0.44 |
| 4015 | ___ | DENTURE CLEANSER 40 | 2.79 |
| 4020 | ___ | SEA BOND DENTURE BAT | 2.07 |
| 4025 | ___ | MOUTHWASH 8 OZ  "H" | 1.00 |
| 4030 | ___ | TOOTHBRUSH CAP | 0.21 |
| 4035 | ___ | COOL WAVE TOOTHPASTE | 1.47 |
| 4040 | ___ | COLGATE 2 IN 1 TOOTH | 3.82 |
| **H-MISC** | | | |
| 5000 | ___ | SHAVING/COSMETIC BAG | 5.51 |
| 5005 | ___ | COTTON SWABS  300 CT | 1.54 |
| 5010 | ___ | BLISTER CARD NAIL CL | 0.65 |
| 5015 | ___ | ACRYLIC MIRROR W/O M | 1.84 |
| **STAT** | | | |
| 1055 | ___ | ADDRESS BOOK | 0.77 |
| 6000 | ___ | CALENDAR  8X11" | 1.84 |
| 6005 | ___ | ENVELOPES - MANILA 1 | 0.22 |
| 6010 | ___ | DOCUMENT FOLDER 10 X | 1.47 |
| 6015 | ___ | GREETING CARDS 6 PK | 4.79 |
| 6020 | ___ | CARBON PAPER 8 1/2" | 1.43 |
| 6025 | ___ | TYPING PAPER 8 1/2" | 5.88 |
| 6030 | ___ | WRITING PAPER 8 1/2" | 1.12 |
| 6035 | ___ | PEN BLACK BIC 10PK | 2.26 |
| 6045 | ___ | PENCIL #2 | 0.14 |
| 6050 | ___ | PHOTO ALBUM - SCRAPB | 2.65 |
| 6060 | ___ | LETTER ENVELOPES-RET | 0.89 |
| **MISC** | | | |
| 7000 | ___ | SMART SHIELD BUG REP | 3.94 |
| 7025 | ___ | CRAWFORD 1.6QT BOWL | 2.36 |
| 7030 | ___ | PLAYING CARDS - PINO | 1.74 |
| 7035 | ___ | PLAYING CARDS - POKE | 1.74 |
| 7045 | ___ | Clear Earbud w/6' co | 5.48 |
| 7050 | ___ | EAR PLUGS (FOR NOISE | 0.22 |
| 7055 | ___ | HEADPHONE EXTENSION | 2.24 |
| 7060 | ___ | EXTENSION CORD 9 FOO | 2.96 |
| 7085 | ___ | PROTEIN POWDER 16 OZ | 15.51 |
| 7090 | ___ | SEWING KIT | 1.81 |
| 7095 | ___ | SHOE LACES ( WHITE) | 0.05 |
| 7105 | ___ | SPORK, WHITE PLASTIC | 0.08 |
| 7110 | ___ | TUMBLER W/LID 22 OZ | 0.41 |
| 7115 | ___ | SOAP DISH | 0.46 |
| 9853 | ___ | Photo Ticket - St Lo | 2.00 |
| 9899 | ___ | Debitek Card Request | 1.00 |
| 9999 | ___ | INDIGENT | 0.00 |
| **BEV** | | | |
| 8506 | ___ | COOL OFF BLACK CHERR | 1.07 |
| 8510 | ___ | Country Time Lemonad | 2.19 |
| 8540 | ___ | ORANGE BREAKFAST DRI | 1.89 |
| 8545 | ___ | NESTEA ICED TEA SWEE | 1.97 |
| 8570 | ___ | COCOA WITH MARSHMALL | 1.63 |
| 8575 | ___ | TEA BAGS 48 CT  "K" | 1.98 |
| 8580 | ___ | COFFEE KEEFE ALTURO | 3:06 |
| 8581 | ___ | Keefe 100% Columbian | 3.62 |
| 8585 | ___ | COFFEE KEEFE, DECAF | 3.62 |
| 8590 | ___ | VANILLA CAPPUCCINO " | 1.65 |
| 8600 | ___ | CREAMER  "K" | 1.40 |
| 8605 | ___ | *POWDERED MILK "K" | 3.94 |
| 8611 | ___ | Bottled Water - St L | 0.47 |
| 8655 | ___ | CHERRY KOOLAID "K-H" | 2.19 |
| **BRD** | | | |
| 8640 | ___ | BAGEL PLAIN  "K" | 0.60 |
| 8645 | ___ | BAGEL CINNAMON/RAISI | 0.60 |
| 8650 | ___ | TORTILLAS SHELLS FLO | 0.92 |
| 8665 | ___ | MONSTER ICED BUNEEZ | 0.77 |
| **F-CANDY** | | | |
| 8725 | ___ | CHICK-O-STICK  "K" - | 0.18 |
| 8735 | ___ | M 4 MS PEANUT - "K" | 0.95 |
| 8745 | ___ | CANDY BAR BABY RUTH | 0.95 |
| 8760 | ___ | CANDY BAR SNICKERS - | 0.95 |
| 8771 | ___ | CANDY REESES PEANUT | 0.95 |
| 8772 | ___ | Starburst  7.2 oz. | 2.85 |
| 8775 | ___ | Twizzlers 5 oz. | 1.34 |
| 8795 | ___ | CANDY ATOMIC FIREBAL | 0.67 |
| 8800 | ___ | CANDY JOLLY RANCHERS | 0.90 |
| 8810 | ___ | CANDY DIGBYS ALL STA | 0.79 |
| 8820 | ___ | *SUGAR FREE CANDY | 0.74 |
| **F-CHIPS** | | | |
| 8835 | ___ | CHIPS-PLAIN RIPPLED | 1.26 |
| 8845 | ___ | CHIPS-BBQ POTATO CHI | 1.29 |
| 8865 | ___ | CHIPS-HOT & SPICY CO | 1.97 |
| 8880 | ___ | CHIPS-NACHO - "K-H" | 1.97 |
| 8881 | ___ | Doritos Cool Ranch 8 | 2.18 |
| 8890 | ___ | Moon Lodge Pretzels | 1.44 |
| 8895 | ___ | CHIPS - Chili Cheese | 2.63 |
| 8900 | ___ | CHIPS-SOUR CREAM & O | 1.29 |
| **F-COND** | | | |
| 8911 | ___ | VELVEETA JALA CHEESE | 1.77 |
| 8916 | ___ | VELVEETA SHARP CHEES | 1.77 |
| 8925 | ___ | HONEY 10 PK "K" | 1.50 |
| 8935 | ___ | SQUEEZE JAM STRAWBER | 1.97 |
| 8940 | ___ | PEANUT BUTTER CREAMY | 3.29 |
| 8945 | ___ | PEANUT BUTTER CRUNCH | 3.29 |
| 8950 | ___ | SALAD DRESSING - GF | 2.13 |
| 8955 | ___ | PASTA SAUCE - GF | 0.69 |
| 8960 | ___ | PICANTE SAUCE - GF | 1.82 |
| 8970 | ___ | HOT SAUCE 12 PACK  " | 0.50 |
| 8975 | ___ | GARLIC POWDER "K" | 1.31 |
| 8976 | ___ | Mrs Dash 2.5 oz - SO | 3.38 |
| 8980 | ___ | SUGAR  "K" | 1.34 |
| 8985 | ___ | *SWEETENER, ARTIFICI | 1.89 |
| 8990 | ___ | B-B-Q SAUCE "K" | 2.28 |
| 9000 | ___ | SALT SHAKER "K-H" | 0.47 |
| 9005 | ___ | PEPPER SHAKER "K-H" | 1.26 |
| **F-COOKIE** | | | |
| 9010 | ___ | COOKIE CHOCOLATE CHI | 2.13 |
| 9015 | ___ | CHOCOLATE CREME COOK | 1.83 |
| 9020 | ___ | COOKIES DUPLEX  "K" | 1.89 |
| 9031 | ___ | ZIPPY CAKES PEANUT B | 1.83 |
| 9045 | ___ | *COOKIES VANILLA WAF | 1.98 |
| 9060 | ___ | Cheese Crackers    9 | 2.50 |
| **F-CRACKER** | | | |
| 9065 | ___ | HONEY GRAHAM CRACKER | 2.63 |
| 9070 | ___ | SNACK CRACKERS "K" | 2.84 |
| 9090 | ___ | SALTINE CRACKERS  "K | 1.62 |
| **F-SNACK** | | | |
| 9135 | ___ | PROVOLONE CHEESE BAR | 1.78 |
| 9145 | ___ | CHEESE BAR CHEDDAR - | 1.78 |
| 9155 | ___ | PICKLE INDIVIDUAL KO | 0.72 |
| 9190 | ___ | TUNA FISH  "K-H" - G | 2.25 |
| 9191 | ___ | FC Tilapia fillets w | 1.95 |
| 9195 | ___ | JALAPENO PEPPERS - S | 0.39 |
| 9211 | ___ | TURKEY SAUSAGE JACK | 2.22 |
| 9216 | ___ | HOT BEEF SUMMER SAU | 2.22 |
| 9226 | ___ | BEEFE SUMMER SAUSAGE | 2.22 |
| 9265 | ___ | MIXED NUTS W/PEANUTS | 3.50 |
| 9270 | ___ | PEANUTS SALTED NOON | 0.43 |
| 9305 | ___ | EXTRA BUTTER MICRO P | 0.77 |
| 9315 | ___ | Moon Lodge Carmel Po | 0.72 |
| 9320 | ___ | WHITE CHEDDAR POPCOR | 1.29 |
| 9335 | ___ | REFRIED BEANS  "K" - | 1.61 |
| **F-SOUP RAMEN** | | | |
| 9415 | ___ | RAMEN NOODLES CHILI | 0.34 |
| 9425 | ___ | RAMEN NOODLES TEXAS | 0.34 |
| 9470 | ___ | RAMEN NOODLES ROASTE | 0.34 |
| **POSTAGE** | | | |
| 0011 | ___ | METERED POSTAGE 1ST | 0.46 |
| 0012 | ___ | EXTRA METERED POSTAG | 0.66 |
| **F-SOUP INSTANT** | | | |
| 9430 | ___ | INSTANT LUNCH CHEESY | 0.63 |
| 9450 | ___ | INSTANT LUNCH CALIFO | 0.63 |
| **F-SNACK CEREAL** | | | |
| 9105 | ___ | GVC Frosted Flakes 2 | 3.54 |
| 9110 | ___ | GVC Raisin Bran 20 o | 3.99 |
| 9115 | ___ | GVC Cinnamon Squares | 4.85 |
| 9131 | ___ | Creamy Fruit Variety | 2.22 |
| **F-SNACK PASTRIES** | | | |

MICHIGAN DOC

Order Form : CENTRAL MICHIGAN GEN POP
Monday, July 01, 2013  @11:24

| | | | |
|---|---|---|---|
| 8660 | _____ | PASTRY, CHOCOLATE IC | 0.63 |
| 9380 | _____ | TOASTER PASTRIES BLU | 1.98 |

**\*\*F-SNACK SNACK CAKES\*\***

| | | | |
|---|---|---|---|
| 8670 | _____ | Zippy Cake Blueberry | 2.30 |
| 8675 | _____ | Dunkin Sticks | 1.89 |
| 8680 | _____ | Bear Claw Wham Wham | 0.76 |
| 8685 | _____ | Zippy Cakes Iced Swi | 0.72 |
| 8690 | _____ | SWISS ROLLS  "K" | 2.14 |
| 9360 | _____ | ZIPPY CAKES OATMEAL | 1.83 |
| 9365 | _____ | PEANUT BUTTER WAFERS | 2.25 |

**\*\*H-MISC SHOWER SHOES\*\***

| | | | |
|---|---|---|---|
| 5060 | _____ | SHOWER SHOE (L) | 3.60 |
| 5065 | _____ | SHOWER SHOE (XL) | 3.60 |
| 5070 | _____ | SHOWER SHOE (XXL) | 3.60 |

**\*\*F-SOUP\*\***

| | | | |
|---|---|---|---|
| 9345 | _____ | INSTANT RICE-UNCLE B | 1.29 |
| 9385 | _____ | CHILI NO BEANS | 1.73 |
| 9395 | _____ | BEEF STEW - GF | 1.69 |
| 9400 | _____ | CHILI W/BEANS HOT - | 1.73 |
| 9465 | _____ | BC Beef Barbacoa 6 o | 3.53 |

**\*\*MISC BATTERY\*\***

| | | | |
|---|---|---|---|
| 7010 | _____ | BATTERIES AAA (4 PAC | 2.91 |
| 7015 | _____ | BATTERIES AA (4 PACK | 2.91 |
| 7020 | _____ | BATTERIES D-CELL (2 | 2.69 |

Signature: _____

Date: _____

**prison**  LIBERATOR

# Federal Bureau of Prisons Religious Certified Food Product Specification

**1. Kosher Parve - 14 ounce Fish Fillet Meal** consisting of:

- 4 ounce-weight Fish Fillet cut from solid muscle fillet block pollack, whiting, flounder, cod, tilapia: or other white fish flesh fillet **(not Breaded)**

- 2 ounce-weight Tomato Sauce

- 4 ounce-weight White Rice

- 4 ounce-weight Mature Lima Beans

**2. Kosher Meat - 18 Ounce Beans and Franks Meal** consisting of:

- 4 ounce Beef Franks or Cocktail Franks no artificial colors,
  - 8 ounce-weight Vegetarian Beans w/Tomato Sauce

- 6 ounce-weight Diced Potatoes

Note: The finished product of the Beef Frank may not contain more than 3.5% of a non dairy- non-meat binders and extenders or 2% isolated soy protein
may be used, but must be shown in the ingredients statement on the product's label by its common name.

**3. Kosher Meat - 16 ounce Chicken Patty Meal** consisting of:

- 4 ounce-weight Chicken Patty made from chunked and formed white meat (not from mechanically de- boned meat). Breaded  (Combined breading and added ingredients may not exceed 35% including no more than 5% soy used as a stabilizer)

- 2 ounce-weight Chicken Gravy

- 6 ounce-weight Mashed Potatoes,

- 4 ounce-weight Mixed Vegetables.

**4. Kosher Meat - 18 ounce Chicken Wing Meal** consisting of:
- 6 ounce-weight Chicken Wings with skin and bones
  - 2 ounce-weight Buffalo Sauce

- 6 ounce-weight Mashed Potatoes

- 4 ounce-weight Sweet Peas
EA

**5. Kosher Meat - 20 Ounce Chicken Cacciatore Meal** consisting of:
Chicken Cacciatore made from:

- 4 ounce-weight Breaded Chicken Nuggets made from chunked and formed white meat, (not from mechanically de-boned meat), Breaded (Combined breading and added ingredients may not exceed 35% including no more than 5% soy used as a stabilizer)

- 4 ounce-weight Tomato Sauce

- 4 ounce-weight Diced Tomatoes

- 1/2 ounce-weight Mushrooms

- 1/2 ounce-weight diced Onion, Garlic, spices and vegetable oil
  - 3 ounce-weight Pasta Macaroni

- 4 ounce-weight Sliced or Diced Carrots

**6. Kosher Meat - 20 Ounce Chicken Chow Mein Meal** consisting of:
Chicken Chow Mein entree made from:

- 4 ounce-weight Breaded Chicken Nuggets made from chunked and formed white meat (not from mechanically de-boned meat), Breaded (Combined breading and added ingredients may not exceed 35% including

no more than 5% soy used as a stabilizer)
  - 6 ounce-weight Gravy thickened w/corn starch

- 1 ounce-weight Celery, Bell Pepper and Onion

- 2 ounce-weight Green Beans

- 3.5 ounce-weight White Rice

- 3.5 ounce-weight Sweet Peas and Carrots

**7. Kosher Meat - 16 Ounce Turkey Cutlet Meal** consisting of:
- 4 ounce-weight Turkey Cutlet made from chunked and formed white meat (not from mechanically de- boned meat), Breaded (Combined breading and added ingredients may not exceed 35% including no more than 5% soy used as a stabilizer)
  - 2 ounce-weight Gravy

- 6 ounce-weight Mashed Potatoes

- 4 ounce-weight Mixed Vegetables.

**8. Kosher Meat - 16 Ounce Meatloaf Meal** consisting of:
- 4 ounce-weight Meatloaf (made with ground beef with not more than: 20% fat; 20% added ingredients)
- 2 ounce-weight Brown Gravy
- 6 ounce-weight Mashed Potatoes
- 4 ounce-weight Mixed Vegetables
Note: The finished product of the Meatloaf may not contain more than 3.5% of a non dairy- non-meat binders and extenders or 2% isolated soy protein may be used, but must be shown in the ingredients statement on the product's label by its common name.

**9. Kosher Meat - 16 Ounce Salisbury Steak Meal** consisting of:
- 4 ounce-weight Salisbury Steak (made with  ground beef with not more than: 20% fat; 20% added ingredients)
- 2 ounce-weight Brown Gravy
- 6 ounce-weight Mashed Potatoes
- 4 ounce-weight Mature Lima Beans
Note: The finished product of the Salisbury Steak may not contain more than 3.5% of a non dairy- non-meat binders and extenders or 2% isolated soy protein may be used, but must be shown in the ingredients statement on the product's label by its common name.

**10. Kosher Meat - 20 Ounce Spaghetti and Meatballs Meal** consisting of:
- 4 ounce-weight cooked Beef Meatballs (made with ground beef with not more than: 20% fat; 20% added ingredients ;)
- 5 ounce-weight Spaghetti Pasta
- 3 ounce-weight Tomato Sauce
- 8 ounce-weight Sweet Peas
Note: The finished product of the Meatball may not contain more than 3.5% of a non dairy- non-meat binders and extenders or 2% isolated soy protein may be used, but must be shown in the ingredients statement on the product's label by its common name.

**11. Kosher Parve - 13 Ounce Vegetable Protein Cutlet Meal** consisting of:
- 3.6 ounce-weight (minimum) Vegetable Protein Cutlet. Product not to exceed 260 mg sodium must have a minimum of 12g protein and not less

**prison** 

# Federal Bureau of Prisons
# National Certified Food Specifications

**We are printing the BOP Religious diet menu and Specs in this liberator so federal BOP inmates know what they are supposed to be receiving. State and County inmates can use this menu to  show prison officials what the Federal prisoners get on their kosher diets. This may help you in trying to advocate for a more balanced kosher diet in your facility.**

**Religious Certification Requirements for Meals**
All items offered on this bid must be certified by a nationally accepted Orthodox Kosher certification agency such as: OU - Union of Orthodox Jewish Congregations; OK - Organized Kashrus Laboratories; Star K, KOF-K; KAJ - K'hal Adas Jeshurun; OKS - Organization of Orthodox Kashrus Supervision; OV - Vaad Hoeir of Saint Louis; CRC - Central Rabbinical Congress of the USA and Canada; CRC - Chicago Rabbinical Counsel; or Kosher Overseers of America. Quoters will include a letter of certification from the religious certification agency dated no more than 11 months from the date of the quote provided.

**General Meal Specifications - Items 1 through 15**

1) The tray for all meals will be:

    a) Made with non-metallic packaging that allows microwave and conventional oven heating and be heat sealed directly to the tray with clear plastic and wrapped with a separate sealed clear plastic wrapper which encloses the entire tray.

    b) A three compartment tray with a large compartment of 21 fluid ounces and two compartments of 6 fluid ounces each.

2) All Meals will contain the food products per the individual product specification including the stated volume and/or weight of item as listed.

3) No substitutions may be made to the meats, vegetables, starches, sauces or preparation methods.

4) Meals (items 1 through 16) may be quoted as frozen and/or shelf stable products. Pricing must be identifiable as either frozen or self stable.

5) Each individual meal must be marked with the certification symbol from the religious certification agency.

6) Heating directions must be provided for various wattage microwaves or oven heating including recommended method.

7) Mixed Vegetables will contain carrots, corn, peas, green beans, and lima beans with:

    a) Not more than 40 percent by weight carrots.

    b) Not more than 40 percent by weight corn (sweet, golden or yellow, whole kernel corn).

    c) Not more than 40 percent by weight green peas.

8) Peas and Carrots will contain:

    a) Not more than 40 percent by weight carrots.

    b) Not more than 40 percent by weight green peas.

9) Mashed Potatoes will be made with commercially prepared potato flakes without peel, adding only water according to the manufacturers' preparation instructions; or fresh potatoes prepared using only water and spices with only the amount of binder which will ensure the product does separate in processing. No extenders of any type are allowed

10) Tomato Sauce will be commercially prepared or crushed and/or pureed tomatoes, tomato paste and spices using only the amount of binder required to ensure the product does not separate during processing.



than 5g of dietary fiber. (Must use soy protein concentrate for at least 70% of the Protein requirement) Product must be coated with batter mix or bread crumbs not to exceed 30% of total weight.

*2 ounce-weight Mushroom Gravy*

- 3.4 ounce-weight White Rice
- 4 ounce-weight Lima Beans

**12. Kosher Parve - 16 Ounce Vegetable Protein Stuffed Cabbage Roll Meal**
consisting of:
- 6 ounce-weight Vegetable Protein Stuffed Cabbage (not to exceed 270 mg. sodium & not less than 13g of protein. (Must use soy protein concentrate for at

*least 70% of the protein requirement)*

- 2 ounce-weight Tomato Gravy
- 4 ounce-weight Parsley Potatoes
- 4 ounce-weight Mixed Vegetables

**13. Kosher Parve - 19 Ounce Vegetable Protein Chili Meal** consisting of:
Vegetable Protein Chili made from:
- 4 ounce-weight Textured Soy Protein concentrate seasoned to resemble ground beef.
- 3.5 ounce-weight Kidney Beans
- 4 ounce-weight Crushed Tomatoes, Onions spices and stabilizers as required to maintain taste and consistency
- 3.5 ounce-weight White Rice
-4 ounce-weight Mixed Vegetables

**14. Kosher Dairy - 7 Ounce Cheese Omelet Meal**
consisting of:
- 3 ounce-weight Plain Egg Omelet
- 1 ounce cheese
- 3 ounce Potatoes

**15. Kosher Dairy - 7 Ounce Spanish Omelet Meal**
consisting of:
- 3 ounce-weight Plain Egg Omelet
- 1 ounce Spanish Sauce
- 3 ounce Potatoes

**16. Kosher Bologna Luncheon Meat** (chicken or turkey), Frozen, 4 Ounce multiple slice portion, (Shelf Stable may be 1-4oz slice) Wrapped in Sealed Plastic.
* Each individual package must be marked with the kosher certification hechsher.

**17. Kosher Tuna, Chunk Light in water, Individual**
4.23 to 5 oz foil pack, 48 Packs per case. * Each individual package must be marked with the kosher certification hechsher.

**18. Kosher Sardines in Soybean Oil, Individual 3.53 oz foil pack,** 24 packs per case. * Each individual package must be marked with the kosher certification hechsher.

**19. Kosher Cereal, Bran Flakes, 7/8 Ounce Individual Bowl Pack,** Total amount may be adjusted to the next highest case count, * Each individual package must be marked with the kosher certification hechsher.

**20. Kosher Grits, Instant, Plain, Individual 1 ounce Package,** Total amount may be adjusted to the next highest case count * Each individual package must be marked with the kosher certification hechsher.

**21. Kosher Oatmeal, Instant, Plain, Individual 1 ounce Package,** Total amount may be adjusted to the next highest case count * Each individual package must be marked with the kosher certification hechsher.

**22. Kosher Farina, Instant, Plain, Individual 1 ounce Package,** Total amount may be adjusted to the next highest case count * Each individual package must be marked with the kosher certification hechsher.
3

**23. Kosher Bread, Whole Wheat, 1 pound Loaf,** Certified Kosher Parve, First ingredient on label must be Whole Wheat Flour, See Delivery Schedule

**24. Kosher Bread, Whole Wheat, 1.5 pound Loaf,** Certified Kosher Parve , First ingredient on label must be Whole Wheat Flour, See Delivery Schedule

**25. Kosher Potato Chips, Individual 1 Ounce Sealed Individual Package,** Certified Kosher Parve,, See Delivery Schedule. Each individual package must be marked with the kosher certification hechsher.

**26.Kosher Vegetable Juice, 5.5 or 6 fluid Ounce Sealed Pouch or Can,** Can must have easy open top, Juice must be tomato based with as least five additional vegetable products in the juice, Certified Kosher * Each individual package must be marked with the kosher certification hechsher

**27. Kosher Margarine, ½ Ounce Sealed Individual Package,** Refrigerated or Shelf Stable, Certified Kosher Parve, 200 packages per Case. * Each individual package must be marked with the kosher certification hechsher.

**Kosher Dressing, Salad, Mayo Style, 9 Gram Individual Packet,** 200 Packets per case, Certified Kosher Parve, CID A-A-20140C, Type II, Style A. * Each individual package must be marked with the kosher certification hechsher.

**29. Kosher Tartar Sauce, Individual Packet, 9 Gram Individual Packet,** 200 per Case, Certified Kosher Parve, CID A-A 20140, Type II, Style A. * Each individual package must be marked with the kosher certification hechsher.

**30. Kosher Tomato Catsup, Individual 7 Gram Packet,** 1000 Packets per Case, Certified Kosher Parve, U.S. Grade A, U.S. Standards for Grades. * Each individual package must be marked with the kosher certification hechsher.

**31. Kosher Mustard, Prepared, Yellow (Salad Style),** 4.5 Gram Individual Packet, Certified Kosher Parve, 500 Packets per case, CID A-A20036C, Type I. * Each individual package must be marked with the kosher certification hechsher.

prison legal news  LIBERATOR

# Federal Bureau of Prisons
## FY 2013 Certified Food Menu Weeks 1-3

### WEEK 1

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **Breakfast** | Fresh Apple<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>1 Cup Coffee<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Oatmeal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Apple<br>Pkg Grits<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Banana<br>Pkg Oatmeal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Grits<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>1 Cup Coffee<br>2 Pkg Jelly<br>2 Margarine |
| **Lunch** | -Fresh Apple<br>-Spanish Omelet<br>-Potatoes<br>Pkg Cream Wheat<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine<br>Kosher Beverage | -Beans and Franks<br>-Potatoes<br>2 Mustard<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | 1 Pkg Sardines<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Mustard<br>Fresh Orange<br>Kosher Beverage | -Beef Meatloaf<br>-Brown Gravy<br>-Mashed Potatoes<br>-Mixed Vegetables<br>3 Slices Bread<br>2 Margarine<br>Fresh Banana<br>Kosher Beverage | 1 Pkg Bologna<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh Orange<br>Kosher Beverage | -Chicken Wings<br>-Sauce<br>-Mashed Potatoes<br>-Sweet Peas<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | 1 Pkg Tuna<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh Apple<br>Kosher Beverage |
| **Dinner** | -Spaghetti<br>-Meatballs<br>-Tomato Sauce<br>-Sweet Peas<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | -Fish Fillet<br>-Tomato Sauce<br>-White Rice<br>-Lima Beans<br>2 Tartar Sauce<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | -Turkey Cutlet<br>-Gravy<br>-Mashed Potatoes<br>-Mixed Vegetables<br>3 Slices Bread<br>2 Margarine Fresh Orange<br>Kosher Beverage | -Ckn Cacciatore<br>-Tomato Sauce<br>-Mushrooms<br>-Macaroni Pasta<br>-Carrots<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage | -Veg. Chilli<br>-White Rice<br>-Mixed Vegetable<br>3 Slices Bread<br>2 Margarine Fresh Orange<br>Kosher Beverage | -Salisbury Steak<br>-Brown Gravy<br>-Mashed Potatoes<br>-Lima Beans<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | 4oz Peanut Butter<br>4 Pkg Jelly<br>Pkg Potato Chips<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage |

### WEEK 2

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **Breakfast** | Fresh Apple<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>1 Cup Coffee<br>2 Pkg Jelly 10 gm<br>2 Margarine | Fresh Orange<br>Pkg Oatmeal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Apple<br>Pkg Grits<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly 10 gm<br>2 Margarine | Fresh Banana<br>Pkg Oatmeal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Grits<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>1 Cup Coffee<br>2 Pkg Jelly 10 gm<br>2 Margarine |
| **Lunch** | Fresh Apple<br>-Cheese Omelet<br>-Potatoes<br>Pkg Cream Wheat<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine<br>Kosher Beverage | 1 Pkg Bologna<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh Orange Kosher Beverage | -Chicken Patty<br>-Chicken Gravy<br>-Mashed Potatoes<br>-Mixed Vegetables<br>3 Slices Bread<br>2 Margarine Fresh Orange Kosher Beverage | 1 Pkg Sardines<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh Banana Kosher Beverage | -Salisbury Steak<br>-Brown Gravy<br>-Mashed Potatoes<br>-Lima Beans<br>3 Slices Bread<br>2 Margarine Fresh Orange Kosher Beverage | -Beans and Franks<br>-Potatoes<br>2 Mustard<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | 1 Pkg Tuna<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh Apple<br>Kosher Beverage |
| **Dinner** | -Fish Fillet<br>-Tomato Sauce<br>-White Rice<br>-Lima Beans<br>2 Tartar Sauce<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | -Veg Stuffed Cabbage<br>-Tomato Sauce<br>-Parsley Potatoes<br>-Mixed vegetables<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage | -Beef Meatloaf<br>-Brown Gravy<br>-Mashed Potatoes<br>-Mixed Vegetables<br>3 Slices Bread<br>2 Margarine<br>Fresh Orange<br>Kosher Beverage | -Ckn Chow Mein w/<br>-Chicken Gravy<br>-Green Beans<br>-White Rice<br>-Peas and Carrots<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | -Veg Cutlet<br>-Mushroom Gravy<br>-White Rice<br>-Lima Beans<br>3 Slices Bread<br>2 Margarine Fresh Orange Kosher Beverage | -Spaghetti<br>-Meatballs<br>-Tomato Sauce<br>-Sweet Peas<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | 4oz Peanut Butter<br>4 Pkg Jelly<br>Pkg Potato Chips<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage |

### WEEK 3

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **Breakfast** | Fresh Apple<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>1 Cup Coffee<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Oatmeal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Apple<br>Pkg Grits<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Banana<br>Pkg Oatmeal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Grits<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>1 Cup Coffee<br>2 Pkg Jelly<br>2 Margarine |
| **Lunch** | Fresh Apple<br>-Spanish Omelet<br>-Potatoes<br>Pkg Cream Wheat<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine<br>Kosher Beverage | -Chicken Wings<br>-Sauce<br>-Mashed Potatoes<br>-Sweet Peas<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | 1 Pkg Bologna<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh Orange Kosher Beverage | -Beans and Franks<br>-Potatoes<br>2 Mustard<br>3 Slices Bread<br>2 Margarine Fresh Banana Kosher Beverage | 1 Pkg Tuna<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh Orange Kosher Beverage | -Chicken Patty<br>-Chicken Gravy<br>-Mashed Potatoes<br>-Mixed Vegetables<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage | 1 Pkg Sardines<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh Apple<br>Kosher Beverage |
| **Dinner** | -Fish Fillet<br>-Tomato Sauce<br>-White Rice<br>-Lima Beans<br>2 Tartar Sauce<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage | -Salisbury Steak<br>-Brown Gravy<br>-Mashed Potatoes<br>-Lima Beans<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage | -Turkey Cutlet<br>-Gravy<br>-Mashed Potatoes<br>-Mixed Vegetables<br>3 Slices Bread<br>2 Margarine<br>Fresh Orange<br>Kosher Beverage | -Spaghetti<br>-Meatballs<br>-Tomato Sauce<br>-Sweet Peas<br>3 Slices Bread<br>2 Margarine<br>Fresh Orange<br>Kosher Beverage | -Ckn Chow Mein w/<br>-Chicken Gravy<br>-Green Beans<br>-White Rice<br>-Peas and Carrots<br>3 Slices Bread<br>2 Margarine Fresh Orange Kosher Beverage | -Beef Meatloaf<br>-Brown Gravy<br>-Mashed Potatoes<br>-Mixed Vegetables<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | 4oz Peanut Butter<br>4 Pkg Jelly<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage |

Tray Contents...
Institutions serving satellite meals or other areas with restricted access to hot water may substitute hot cereals with Pkg Bran Cereal.

# Federal Bureau of Prisons
## FY 2013 Certified Food Menu Weeks 4-5

**WEEK 4**

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | Fresh Apple<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>1 Cup Coffee<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Oatmeal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Apple<br>Pkg Grits<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Banana<br>Pkg Oatmeal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Grits<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>1 Cup Coffee<br>2 Pkg Jelly<br>2 Margarine |
| | Fresh Apple<br>-Spanish Omelet<br>-Potatoes<br>Pkg Cream Wheat<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine<br>Kosher Beverage | -Beans and Franks<br>-Potatoes<br>2 Mustard<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | 1 Pkg Sardines<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh Orange<br>Kosher Beverage | -Beef Meatloaf<br>-Brown Gravy<br>-Mashed Potatoes<br>-Mixed Vegetables<br>3 Slices Bread<br>2 Margarine<br>-Fresh Banana<br>Kosher Beverage | 1 Pkg Bologna<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh Orange<br>Kosher Beverage | -Chicken Wings<br>-Sauce<br>-Mashed Potatoes<br>-Sweet Peas<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage | 1 Pkg Tuna<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh Apple<br>Kosher Beverage |
| | -Spaghetti<br>-Meatballs<br>-Tomato Sauce<br>-Sweet Peas<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage | -Fish Fillet<br>-Tomato Sauce<br>-White Rice<br>-Lima Beans<br>2 Tartar Sauce<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | -Turkey Cutlet<br>-Gravy<br>-Mashed Potatoes<br>-Mixed Vegetables<br>3 Slices Bread<br>2 Margarine Fresh Orange<br>Kosher Beverage | -Ckn Cacciatore<br>-Tomato Sauce<br>-Mushrooms<br>-Macaroni Pasta<br>-Carrots<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage | -Veg. Chili<br>-White Rice<br>-Mixed Vegetable<br>3 Slices Bread<br>2 Margarine Fresh Orange<br>Kosher Beverage | -Salisbury Steak<br>-Brown Gravy<br>-Mashed Potatoes<br>-Lima Beans<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | 4oz Peanut Butter<br>4 Pkg Jelly<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage |

**WEEK 5**

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | Fresh Apple<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>1 Cup Coffee<br>2 Pkg Jelly 10 gm<br>2 Margarine | Fresh Orange<br>Pkg Oatmeal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Apple<br>Pkg Grits<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>1 Cup Coffee<br>2 Pkg Jelly 10 gm<br>2 Margarine | Fresh Banana<br>Pkg Oatmeal<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Grits<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine | Fresh Orange<br>Pkg Bran Cereal<br>3 Slices Bread<br>2 Cups Skim Milk<br>1 Cup Coffee<br>2 Pkg Jelly 10 gm<br>2 Margarine |
| | Fresh Apple<br>-Cheese Omelet<br>-Potatoes<br>Pkg Cream Wheat<br>3 Slices Bread<br>2 Cups Skim Milk<br>2 Pkg Jelly<br>2 Margarine<br>Kosher Beverage | 1 Pkg Bologna<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh<br>Kosher Beverage | -Chicken Patty<br>-Chicken Gravy<br>-Mashed Potatoes<br>-Mixed Vegetables<br>3 Slices Bread<br>2 Margarine Fresh<br>Orange Kosher Beverage | 1 Pkg Bologna<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard Fresh Banana<br>Kosher Beverage | -Salisbury Steak<br>-Brown Gravy<br>-Mashed Potatoes<br>-Lima Beans<br>3 Slices Bread<br>2 Margarine<br>Fresh Orange<br>Kosher Beverage | -Beans and Franks<br>-Potatoes<br>2 Mustard<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage | 1 Pkg Tuna<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Salad Dressing<br>2 Mustard<br>Fresh Apple<br>Kosher Beverage |
| | -Fish Fillet<br>-Tomato Sauce<br>-White Rice<br>-Lima Beans<br>2 Tartar Sauce<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | -Veg Stuffed Cabbage<br>-Tomato Sauce<br>-Parsley Potatoes<br>-Mixed vegetables<br>3 Slices Bread<br>2 Margarine Fresh Apple<br>Kosher Beverage | -Spaghetti<br>-Meatballs<br>-Tomato Sauce<br>-Sweet Peas<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage | -Ckn Chow Mein w/<br>-Chicken Gravy<br>-Green Beans<br>-White Rice<br>-Peas and Carrots<br>3 Slices Bread<br>2 Margarine<br>Fresh Orange<br>Kosher Beverage | -Veg Cutlet<br>-Mushroom Gravy<br>-White Rice<br>-Lima Beans<br>3 Slices Bread<br>2 Margarine<br>Fresh Orange<br>Kosher Beverage | -Beef Meatloaf<br>-Brown Gravy<br>-Mashed Potatoes<br>-Mixed Vegetables<br>3 Slices Bread<br>2 Margarine Fresh<br>Orange Kosher Beverage | 4oz Peanut Butter<br>4 Pkg Jelly<br>Pkg Potato Chips<br>1 Vegetable Juice<br>3 Slices Bread<br>2 Margarine<br>Fresh Apple<br>Kosher Beverage |

- Tray Contents
- Institutions serving satellite meals or other areas with restricted access to hot water may substitute hot cereals with Pkg Bran Cereal



לאסורים
L'ASURIM



aleph
INSTITUTE

**Are you incarcerated in the New York, New Jersey or Connecticut?**

Aleph and Laasurim are partnering on a project to help inmates that need or want personal visits in the tri-state area. Anyone interested in a personal visit from someone from the local Jewish community should write to "Personal Visit" c/o aleph
or email:
receptionist@aleph-institute.org

RECEIVED
SEP 26 2013
U.S. Marshal
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DIVISION
1000 WASHINGTON AVENUE
P.O. BOX 913
BAY CITY, MICHIGAN 48708

RECEIVED
SEP 27 2013
CLERK'S OFFICE
U.S. DISTRICT COURT

MICHIGAN CORRECTIONAL FACILITY
320 NORTH HUBBARD STREET
ST. LOUIS, MICHIGAN 48880

UNITED STATES POSTAL SERVICE
USPS TRACKING #
9114 9011 2306 6599 5257 92

# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| **Case No.** 13-14137 | **Judge:** Paul D. Borman | **Magistrate Judge:** Mona K. Majzoub |

| **Name of 1st Listed Plaintiff/Petitioner:**<br><br>MICHAEL ARNOLD | **Name of 1st Listed Defendant/Respondent:**<br><br>DANIEL HEYNS, ET AL |
|---|---|
| **Inmate Number:** 200493 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br>Central Michigan Correctional Facility<br>320 N. Hubbard<br>St. Louis, MI 48880<br>GRATIOT COUNTY | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   - ☐ Yes        ☒ No
   - ➢ **If yes, give the following information:**
     - Court: _____
     - Case No: _____
     - Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   - ☐ Yes        ☒ No
   - ➢ **If yes, give the following information:**
     - Court: _____
     - Case No: _____
     - Judge: _____