UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD ACKERMAN, ET AL

    Plaintiff,                          NO. 4:13-cv-14137

v                                          HON. LINDA V. PARKER

HEIDI WASHINGTON,            MAG. MONA K. MAJZOUB

    Defendant.

---

Michael J. Steinberg (P43085)
Attorney for Plaintiff
American Civil Liberties
Union of Michigan
2966 Woodward Avenue
Detroit MI 48201
(313) 578-6814
msteinberg@aclumich.org

John L. Thurber (P44989)
Assistant Attorney General
Attorney for Heidi Washington
Civil Litigation, Employment &
Elections Division
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
thurberj@michigan.gov

Daniel E. Manville (P39731)
Attorney for Plaintiff
Michigan State University
College of Law
P. O. Box 1570
East Lansing MI 48826
(517) 432-6866
daniel.manville@law.msu.edu

                                                                            /

## **STIPULATED PROTECTIVE ORDER**

All parties hereby stipulate and agree that the video footage referenced in this stipulation is subject to the restrictions in this Stipulation and Protective Order.  The Plaintiffs' counsel may obtain the following:  Video footage of the kitchen area of the Macomb Correctional Facility from July 7, 2018 (between 12:00 p.m. and 4:00 p.m.), and July 14, 2018 (between 12:00 p.m. and 4:00 p.m.), recording activities within the area where religious meals are prepared for all three meals each day.

The video footage listed above shall be subject to this Protective Order, due to security and safety concerns of the Michigan Department of Corrections (MDOC) surrounding the security of a state prison, and prison staff.  The MDOC asserts that release of the video footage outside of the strictures of this protective order could compromise the ability of the MDOC to maintain order and security in its facility.  The MDOC and the Attorney General's Office are not bound by the terms of this Order

The video footage listed above may be used only by the Plaintiffs' counsel for the purposes of this proceeding.  The video footage is not to be released to the public or any prisoner, except it may be shown to the Plaintiffs, Gerald Ackerman and Mark Shaykin.  The video footage listed above, with the exception of showing it to the Plaintiff, shall not

be shown to, provided to, or kept by any prisoner, former prisoner, or any other person not employed by the MDOC, and shall not be published in any form, absent further Order of this Court.

The video footage referenced above may not be filed with the Court or the Court Clerk's Office, unless it is filed under seal per Fed. R. Civ. P. 5.2 and applicable local rules.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 6, 2018

IT IS SO STIPULATED.

Date: August 6, 2018          *Daniel E. Manville w/permission*
                              Daniel E. Manville
                              *Counsel for Plaintiffs*

Date: August 6, 2018          */s/John L. Thurber*
                              John L. Thurber
                              *Counsel for Defendant*

3