UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD ACKERMAN and
MARK SHAYKIN,

       Plaintiffs,

                                        Civil Case No. 13-14137
v.                                    Honorable Linda V. Parker

HEIDI WASHINGTON,

       Defendant.
_____/

## ORDER FOR JUDGMENT

Plaintiffs filed this class action lawsuit on September 27, 2013. They assert that the vegan diet they receive as Michigan Department of Corrections prisoners approved for a religious (kosher) diet violates their First Amendment rights and their rights under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"). Plaintiffs claim that their sincere religious beliefs require them to consume kosher meat and dairy on the Sabbath and four Jewish holidays and that the vegan diet is not kosher due to cross-contamination. The parties settled Plaintiffs' "cross-contamination claim" and the Court entered a final order approving the settlement on January 29, 2020. Plaintiffs' "meat and dairy claim" proceeded to a trial before the Court. On today's date, the Court entered a decision finding in favor of Plaintiffs and against Defendant on that claim.

Therefore, within fourteen (14) days of this Order, Plaintiffs' counsel shall submit a "Proposed Judgment" via CM/ECF utilities and send a copy to Defendant's counsel. Plaintiffs' and Defendant's counsel shall confer before that deadline to determine whether an agreement can be reached on the language of the proposed judgment. Plaintiffs shall state in the proposed judgment whether it is opposed or unopposed. If opposed, within seven days of Plaintiffs' submission, Defendant shall submit a "Notice" via CM/ECF utilities setting forth her objections and send a copy to Plaintiffs' counsel.

**IT IS SO ORDERED**.

Dated: January 30, 2020

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE