UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

GERALD ACKERMAN, et al

        Plaintiffs,        Civil Action No. 13-14137
                                  Honorable Linda V. Parker

v.

HEIDI WASHINGTON, et al

        Defendants.
_____/

## **ORDER STRIKING**

The Court has reviewed the following document: **Motion to Set Aside, or, in the Alternative, to Amend Judgment [ECF No. 247]**. The Court finds that it should be stricken for the following reasons:

☐ Missing statement of concurrence.  See LR 7.1(a).

☐ Over-length.  See LR 7.1(d)(3).

☐ Wrong font size.  See LR 5.1(a)(3).

☐ Missing required information (e.g.), concise statement of issues, controlling or most appropriate authority, etc.).  See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.).  See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

☒ **Other: Document is illegible**

Accordingly, the Court strikes the document.

    **IT IS SO ORDERED.**

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: February 25, 2020