UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD ACKERMAN and
MARK SHAYKIN,

       Plaintiffs,

                                          Civil Case No. 13-14137
v.                                        Honorable Linda V. Parker

HEIDI WASHINGTON,

       Defendant.
_____/

## **OPINION AND ORDER DENYING MOTIONS BY DARRYL MCGORE**

Plaintiffs filed this class action lawsuit on behalf of Jewish prisoners, asserting that the vegan diet they receive as Michigan Department of Corrections ("MDOC") prisoners approved for a religious (kosher) diet violates their First Amendment rights and their rights under the Religious Land Use and Institutionalized Persons Act. The Court has ruled on Plaintiffs' claims and entered a Judgment. MDOC prisoner Darryl McGore recently has filed multiple (4) motions in this case, all of which are illegible. The Court has stricken some of his motions, but he continues to file more.

From what the Court can glean from Mr. McGore's motions, he is seeking to expand this lawsuit to address concerns of Muslim prisoners or is challenging the Court's decisions because it does not accommodate the interests of Muslim

prisoners. This litigation was not filed on behalf of Muslim prisoners, however. The class and sub-class certified involve only Jewish prisoners who adhere to a kosher diet. It does not appear that Mr. McGore is a member of either class. It is far too late to now amend Plaintiffs' complaint to include the claims of Muslim prisoners, if the claims were even properly included in this action.

Accordingly, Mr. McGore's motions are **DENIED** and he may file no additional motions in this matter. Any further motions filed by Mr. McGore will be automatically stricken.

**IT IS SO ORDERED**.

Dated: March 3, 2020

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE