# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540

Deborah S. Hunt      POTTER STEWART U.S. COURTHOUSE      Tel. (513) 564-7000
Clerk      CINCINNATI, OHIO 45202-3988      www.ca6.uscourts.gov

Filed: October 01, 2021

Ms. Kristin M Heyse

Mr. Daniel S. Korobkin

Mr. Daniel Edward Manville

Mr. Thomas J. Rheaume Jr.

Mr. Zachary Austin Zurek

         Re:   Case No. 20-1363, *Gerald Ackerman, et al v. Heidi Washington*
               Originating Case No. : 4:13-cv-14137

Dear Counsel,

    The Court issued the enclosed Order today in this case.

                  Sincerely yours,

                  s/C. Anthony Milton
                  Case Manager
                  Direct Dial No. 513-564-7026

cc: Ms. Kinikia D. Essix

Enclosure

Case No. 20-1363

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

GERALD ACKERMAN; MARK R. SHAYKIN

       Plaintiffs - Appellees

v.

HEIDI E. WASHINGTON

       Defendant - Appellant

    Upon consideration of the motion for Kristin M. Heyse to withdraw as counsel for the appellant,

    It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                        **ENTERED PURSUANT TO RULE 45(a),**
                        **RULES OF THE SIXTH CIRCUIT**
                        Deborah S. Hunt, Clerk

Issued:  October 01, 2021