UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD ACKERMAN and MARK SHAYKIN,

    Plaintiffs,

v

HEIDI WASHINGTON,

    Defendant.

NO. 4:13-cv-14137

HON. LINDA V. PARKER

MAG. MICHAEL J. HLUCHANIUK

---

Daniel E. Manville (P39731)
Attorney for Plaintiffs
Michigan State Univ. Law College
P. O. Box 1570
East Lansing, MI 48826
(517) 432-6866
daniel.manville@law.msu.edu

Thomas J. Rheaume, Jr. (P74422)
BODMAN PLC
Attorneys for Plaintiff
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Daniel S. Korobkin (P72842)
Attorney for Plaintiff
American Civil Liberties Union of MI
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

Zachary A. Zurek (P80116)
Michigan Dep't of Attorney General
Assistant Attorney General
Attorney for Defendant Washington
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
Zurekz1@michigan.gov

_____/

## **STIPULATED ORDER TO EXTEND DATES**

The parties hereby stipulate and agree to extend the Defendant's deadline to respond to Plaintiff's January 29, 2022, amended application for fees and costs related to the evidentiary hearing (ECF No. 330) to February 23, 2022.  The parties agree that Defendant's deadline to respond to both Plaintiffs' January 29, 2022, amended application for fees and costs related to the evidentiary hearing (ECF No. 330) and Plaintiffs' February 9, 2022, application for fees and costs related to the evidentiary hearing (ECF No. 331), will be February 23, 2022.

**IT IS SO ORDERED.**

                                                    s/ Linda V. Parker
                                                    LINDA V. PARKER
                                                    U.S. DISTRICT JUDGE

Dated: February 14, 2022

Dated: <u>February 11, 2022</u>            /s/ Thomas J. Rheaume, Jr. (w/permission)
                                                   Thomas J. Rheaume, Jr. (P74422)
                                                   *Attorney for Plaintiffs*

Dated: <u>February 11, 2022</u>            /s/ Zachary A. Zurek
                                                   Zachary A. Zurek (P80116)
                                                   Michigan Dep't of Atty General
                                                   Assistant Attorney General
                                                   Atty for Defendant Washington